# United States Court of Appeals
## For the First Circuit

---

No. 03-2010

UNITED STATES OF AMERICA,

Appellee,

v.

DELON J. ADAMS,
a/k/a JOSEPH DELEON ADAMS,

Defendant, Appellant.

---

**ERRATA**

The opinion of this court dated July 14, 2004, is amended as follows:

On page 3, penultimate line, following the word, "found" replace the word "the" with the word "a."

On page 5, line 4, insert a hyphen between the words "African" and "American."